Al Lustgarten, Bar #189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC )<br>        Plaintiff,      vs.       )<br>                                            )<br>ARTHUR GREGORY JOHNSTON, et al, )<br>                                            )<br>        Defendant,                    )<br>_____) | Case No.: 2:09-CV-05409-WDK-FMO<br><br>**RENEWAL OF JUDGMENT  BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to <u>F.R.C.P. 69(a)</u> and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Arthur Gregory Johnston, individually and d/b/a Cloud 9 Sports Bar, entered on September 21, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 13,000.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **13,000.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **13,000.00** |
| f. | Interest after judgment(.19%) | $ | 245.11 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **13,245.11** |

Dated: ___July 25, 2022_____        CLERK, by  _*Sharon Hall Brown*_____
                                                       Kirk K. Gray
                                                       Clerk of U.S. District Court

Renewal of Judgment by Clerk